**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MARY L. AUSTIN, ET AL.,**                                                          **PLAINTIFFS,**

**VS.**                                                  **CIVIL ACTION NO. 4:04CV33-P-B**

**THE PROVIDENT BANK, ET AL.,**                                    **DEFENDANTS.**

## ORDER

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that Plaintiffs' Motion to Remand [14-1] is hereby **DENIED**.

**SO ORDERED** this the 25th day of July, A.D., 2005.

                                                    /s/ W. Allen Pepper, Jr.
                                                    W. ALLEN PEPPER, JR.
                                                    UNITED STATES DISTRICT JUDGE